**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN LAMARR OWENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SCHULTZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:24-cv-0820 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DISMISSING THE ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 14) |

Marvin LaMarr Owens seeks to hold the defendants liable for violations of his constitutional rights while he was housed at Wasco State Prison, replated to alleged false information added to Plaintiff's C-file in 2016. (*See generally* Doc. 12.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found he failed to state a cognizable claim upon which relief can be granted. (Doc. 14 at 2-6.) The magistrate judge also found further leave to amend would be futile. (*Id.* at 6.) Therefore, the magistrate judge recommended the Court dismiss the action "for Plaintiff's failure to state a claim upon which relief can be granted." (*Id.* at 7.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 14 at 7.) The Court advised him that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did

1 | not file objections, and the time do so has expired.

2 | According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 28, 2025 (Doc. 14) are **ADOPTED** in full.
2. The first amended complaint is **DISMISSED** without leave to amend, for a failure to state a claim upon which relief can be granted.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __August 19, 2025__                             _Jennifer L. Thurston_
                                                                              UNITED STATES DISTRICT JUDGE

2